MEB W. ANDERSON (10227)
Assistant Utah Attorney General
MARK L. SHURTLEFF (4666)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail mebanderson@utah.gov

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| DEROYALE ARDEANE JOHNSON,<br><br>Plaintiff,<br>v.<br><br>DR. KENNON TUBBS, *et al.*,<br><br>Defendants. | **MOTION TO DISMISS**<br><br><br><br>Case: 2:11-cv-00641<br><br>Judge Dee Benson |
|---|---|

Defendants Dr. Tubbs, Dr. Garden, and P.A. Jeffries, (collectively hereinafter õState Defendantsö or õDefendantsö), by and through counsel Meb W. Anderson, Assistant Utah Attorney General, hereby submit this Motion to Dismiss.

This Motion is based on the Plaintiffsø failure to state a claim upon which relief can be granted, failure to comply with the applicable statute of limitations, failure to allege any affirmative link, and/or failure to allege any clearly established constitutional violation that can withstand the immunity provided to the Defendants through the doctrine of qualified immunity.

DATED this 12th day of June, 2012.

           MARK L. SHURTLEFF
           UTAH ATTORNEY GENERAL


           /s/ Meb W. Anderson
           MEB W. ANDERSON
           Assistant Utah Attorney General
           Attorney for State Defendants

## CERTIFICATE OF MAILING

I certify that on June 12, 2012, I electronically filed the foregoing **MOTION TO DISMISS**, using the Court's CM/ECF system and I also certify that a true and correct copy of the foregoing was sent by United States mail, postage prepaid, to the following:

DeRoyale A. Johnson
164895
UTAH STATE PRISON
PO BOX 250
DRAPER, UT 84020-0250
PRO SE


           /s/ Yvonne Schenk